THEODORE J. BOUTROUS JR., SBN 132099
TBoutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
TEvangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ANDREW S. TULUMELLO, SBN 196484
ATulumello@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BRITTANY SEBASTIAN and ASHLEY LYNNE POPOWITZ, individually, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC,

Defendants.

CASE NO. 17-CV-442-WQH-JMA

**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**

Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC hereby submit the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Rule 40.2 of the Local Rules.

Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC are wholly-owned subsidiaries of the Kimberly-Clark Corporation, which is a publicly traded company. Kimberly-Clark Corporation does not have a parent corporation, and no publicly held corporation owns ten percent or more of Kimberly-Clark Corporation's stock.

Dated: April 28, 2017

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Theodore J. Boutrous Jr.
Theodore J. Boutrous Jr.

Attorney for KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC

**CERTIFICATE OF SERVICE**

I, Theodore J. Boutrous Jr., hereby certify that I electronically filed the foregoing Corporate Disclosure Statement and Notice of Party with Financial Interest with the Court's CM/ECF system. Notice of this filing will be served to all parties by operation of the Court's electronic filing system.

Dated: April 28, 2017

/s/ Theodore J. Boutrous Jr.
Theodore J. Boutrous Jr.