UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SEBASTIAN; CHELSEA GREY; and NASREEN HARIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>Defendants. | Case No.: 17CV442-WQH(JMA)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

A Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **August 28, 2018** at **10:00 a.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California. Counsel shall submit a joint settlement statement to Magistrate Judge Adler's chambers no later than **August 27, 2018** at **10:00 a.m.** via email to efile_adler@casd.uscourts.gov. Each party may, but is not required to, also submit a confidential settlement statement, no more than five (5) pages in length, in the same manner by the same date and time.

1

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference**.[1]  **The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**  Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

**The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and confidential.

**IT IS SO ORDERED**.

Dated:  August 22, 2018

_____
Honorable Jan M. Adler
United States Magistrate Judge

---

[1] The named Plaintiffs are permitted to participate in the settlement conference via telephone standby.

2

17CV442-WQH(JMA)