Naomi Spector (SBN 222573)
Email: nspector@kamberlaw.com
**KAMBERLAW, LLP**
9404 Genesee Avenue, Suite 340
La Jolla, California 92037
Phone: 310.400.1051
Fax: 212.202.6364

Counsel for Plaintiffs Brittany Sebastian, Chelsea Grey, Nasreen Haris and the putative Classes

*Additional counsel on signature page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SEBASTIAN, CHELSEA GREY, and NASREEN HARIS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>Defendants. | Case No.: 17-CV-00442-WQH-JMA<br><br><br><br>**JOINT MOTION TO DISMISS**<br><br>**HON. WILLIAM Q. HAYES** |

/ / /
/ / /
/ / /
/ / /
/ / /

Plaintiffs Brittany Sebastian, Chelsea Grey, and Nasreen Haris and Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC (collectively, the "Parties"), through their respective counsel, hereby STIPULATE and AGREE to dismiss the above- captioned case with prejudice.

In support of this Motion, the Parties state as follows:

Pursuant to this Court's Civil Pretrial & Trial Procedures, on November 13, 2018, counsel for the Parties jointly called chambers for the Honorable Linda Lopez to provide notice that a settlement had been reached in the action; and

This dismissal is signed by all parties who have appeared in the action. Accordingly, this matter may be dismissed with prejudice without an order of the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: November 13, 2018    **KAMBERLAW, LLP**

By:  /s/ *Naomi B. Spector*
     Naomi B. Spector, Esq.

Michael T. Fraser, Esq. (SBN 275185)
Email:  mfraser@thefraserlawfirm.net
**THE FRASER LAW FIRM, P.C.**
4120 Douglas Blvd., #306-262
Granite Bay, California 95746
Tel:  (888) 557-5115
Fax:  (866) 212-8434

Reuben D. Nathan, Esq. (SBN 208436)
Email:  rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (619) 272-7014
Fax: (619) 330-1819
*Attorneys for Plaintiffs*

-2-
JOINT MOTION TO DISMISS              17-CV-00442-WQH-JMA

The filer of this document certifies that authorization was obtained for the electronic signatures of all parties on this document.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Timothy W. Loose*
     Timothy W. Loose

Attorneys for KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; and KIMBERLY-CLARK GLOBAL SALES, LLC

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Naomi B. Spector, hereby certify that I caused the foregoing document to be electronically filed via the Court's CM/ECF system. Notice of this filing will be served to all parties by operation of the Court's electronic filing system.

Dated: November 13, 2018          /s/ *Naomi B. Spector*